UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL LLOYD CASADY, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:05-CV-0274-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:03-CR-003-G |
| Respondent. | ) | |

## OPINION AND ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions and recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court, except:  (1) the citation sentence on the second line of page three should read "*Id.* at 690, 104 S.Ct. at 2066."; and (2) the citation sentence that begins on the fifth line of page three should read "*Id*. at 697, 104 S.Ct. at 2069."

It is, therefore, **ORDERED** that the findings, conclusions and

recommendation of the United States Magistrate Judge, except as modified above, are

**ADOPTED**.

July 8, 2005.

A. JOE FISH

CHIEF JUDGE